1010

[No. 63689-8-1.   Division One.   February 22, 2011.]

Tara A. Garcia, *Individually and as Personal Representative, Appellant,* v. The Department of Transportation et al., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-41742-4, Timothy A. Bradshaw, J., entered May 22, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Ellington, JJ. Now published at 161 Wn. App. 1.

[No. 64037-2-I.   Division One.   February 22, 2011.]

Harmony at Madrona Park Owners Association, *Plaintiff,* v. Madison Harmony Development, Inc., et al., *Defendants,* Ledcor Industries (USA) Inc., *Respondent,* Margaux's Marine Graphics, Inc., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-07392-1, Steven C. Gonzalez, J., entered July 28, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Cox, J. Now published at 160 Wn. App. 728.

[Nos. 64199-9-I; 64609-5-I;   Division One.   February 22, 2011.]
64351-7-I.

BRE Properties, Inc., et al., *Appellants,* v. Northwest Tower Crane Service, Inc., *Respondent.*

*In the Matter of* Tower Crane Collapse.

Lease Crutcher Lewis, LLC, *Appellant,* v. Northwest Tower Crane Service, Inc., *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 08-2-14232-9, Laura C. Inveen, J., entered August 27, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Lau, J.